May 07, 2010

Mr. Kendall M. Gray
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002
Mr. Levon G. Hovnatanian
Martin Disiere Jefferson & Wisdom LLP
808 Travis, Suite 1800
Houston, TX 77002

RE: Case Number: 08-0580
 Court of Appeals Number: 01-07-00570-CV
 Trial Court Number: 2006-14198

Style: GEOFFREY ZIMMERMAN, M.D.
 v.
 WENDY GONZALEZ ANAYA, INDIVIDUALLY AND A/N/F OF CHRISTOPHER GABRIEL
 HERNANDEZ, DECEASED

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. M. Karinne |
| |McCullough |
| |Ms. Theresa Chang |